IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02875-BNB

CYNTHIA L. THOMPSON,

    Plaintiff,

v.

TOWN OF PALISADE, COLORADO, its Employees and its Agents,
TOWN BOARD OF TRUSTEES,
TIMOTHY G. SARMO, Town Administrator, individually,
CAROL SPEAKMAN, Town Clerk, individually, and
AMY PALMER, Town Treasurer and Director of Human Resources, individually,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Cynthia L. Thompson, filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a Title VII Complaint (ECF No. 1), and a supplement to the complaint (ECF No. 5). In addition to Title VII, 42 U.S.C. § 2000e-5, Ms. Thompson asserted claims pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.;* Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq*; and Civil Rights Act of 1991, 42 U.S.C. § 1981. Ms. Thompson was granted leave to proceed pursuant to 28 U.S.C. § 1915.

    On December 7, 2012, Magistrate Judge Boyd N. Boland ordered Ms. Thompson to file within thirty days an amended Title VII Complaint that sued the proper parties, provided the address of each named Defendant, and complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The December 7 order

warned Ms. Thompson that if she failed within the time allowed to file an amended Title VII Complaint as directed the Title VII Complaint and the action would be dismissed without further notice.

Ms. Thompson has failed within the time allowed to file an amended Title VII Complaint as directed or otherwise to communicate with the Court in any way. Therefore, the Title VII Complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Ms. Thompson files a notice of appeal she also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Title VII Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Cynthia L. Thompson, to file an amended Title VII Complaint that complies with the pleading requirements of Rule 8 and the directives of the order of December 7, 2012 (ECF No. 6), and for her failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 16th day of January, 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court