IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02875-LTB

CYNTHIA L. THOMPSON,

     Plaintiff,

v.

TOWN OF PALISADE, COLORADO, its Employees and its Agents,
TOWN BOARD OF TRUSTEES,
TIMOTHY G. SARMO, Town Administrator, individually,
CAROL SPEAKMAN, Town Clerk, individually, and
AMY PALMER, Town Treasurer and Director of Human Resources, individually,

     Defendants.

_____

## JUDGMENT

_____

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 16, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

     DATED at Denver, Colorado, this 16 day of January, 2013.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk


               By: s/ S. Grimm
                  Deputy Clerk